UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LEONARD BRUMFIELD, JR. | CIVIL ACTION |
| VERSUS | NUMBER: 05-2536 |
| COCA-COLA ENTERPRISES, INC. | SECTION: "C"(5) |

ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

IT IS ORDERED that plaintiff's suit is dismissed without prejudice for failure to prosecute pursuant to Rule 41(b), Fed.R.Civ.P.

New Orleans, Louisiana, this 31st day of July, 2006.

UNITED STATES DISTRICT JUDGE